## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

In The United States District Court For The

DISTRICT OF MASSACHUSETTS

Jonathan Tampico
**Petition/Plaintiff**

Case Number: _____

Henry J. Sadowski
**Respondent(s)/Defendant(s)**

I, Jonathan Tampico, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   Not currently employed

2. If you are NOT PRESENTLY EMPOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

   approx. 10 Sep 03 - 24 Sep 03 - $5.04 total pay (#10.08 per month)

3. Have you ever received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?   YES___   NO X
   b. Rent payments, interest, or dividends?              YES X    NO___
   c. Pensions, annuities, or life insurance payments?    YES___   NO X
   d. Gifts or inheritances?                              YES X    NO___
   e. Any form of public assistance?                      YES___   NO X
   f. Any other sources?                                  YES___   NO X

*Please attach the past 6 month financial statement.

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

Past 6 months:
Gift from uncle $50⁻; stock dividend $207.88

4. Do you own any cash or do you have money in a checking or savings account?

    YES  X          NO ___          (Including any funds in prison accounts)

    If the answer is yes, state the total value owned.

    $8.42 on 15 Aug 04 in prison account

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?

    YES X           NO ___

    If the answer is yes, describe the property and state its approximate value.

    Some odd-lot stocks - non-liquid - held by court

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

    None

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

    None

8. State any special financial circumstances which the court should consider in this application.

    I owe $100 court fees, $5,000⁻ fine

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

---

I declare under penalty of perjury that the forgoing is true and correct.

Signed this  3ʳᵈ  day of  November , 2004 .

_____
(Signature)

FINANCIAL STATEMENT   15 Feb 04 to 15 Aug 04

Income
　Dividends　　　＃207.88
　Gifts　　　　　　 50.00
　　　　　　　　　257.88

Expenses
　Books　　　　　　　　　　　　　　　　＃95.76
　Stamps　　　　　　　　　　　　　　　　47.70
　Food　　　　　　　　　　　　　　　　　43.20
　Batteries (for radio)　　　　　　　　41.80
　Cosmetics (soap, shampoo, toothpaste)　13.50
　Phone　　　　　　　　　　　　　　　　13.00
　Vitamins　　　　　　　　　　　　　　　 3.20
　Envelopes　　　　　　　　　　　　　　　2.60
　　　　　　　　　　　　　　　　　　　260.76

Balance
　Income　　　　＃257.88
　Expenses　　　(260.76)

　Total　　　　 (＃2.88)