IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MOTION TO TRAVERSE
Respondent's Answer to Civil Complaint

Comes now Jonathan Tampico, Movant, Pro-Se, to respectfully move this Honorable Court to submit a traverse to any answer filed on behalf of the Respondent.

The Court should grant Movant leave to traverse for the following reasons:

1. Movant's Civil Complaint presents claims for relief based on detailed and specific allegations of fact, and based on matters of law; and

2. Movant should be granted leave to contest any statements or declarations made in opposition to the facts alleged in the Civil Complaint, and/or to clarify facts for the record.

WHEREFORE, Movant Jonathan Tampico respectfully requests the Court GRANT him leave to traverse the respondent's answer.

Respectfully Submitted,                    DATED: 5 November 2004

/s/ Jonathan Tampico
Jonathan Tampico, 79426-079