4 January 2005

Office of the Clerk
United States District Court
District of Massachusetts
U.S. Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE

2005 JAN 18 P 3:18

U.S. DISTRICT COURT
DISTRICT OF MASS

re: Tampico v. Sacowski
Civil No. C4-12500-NMG

Sir or Madam;

Please note my new address, given below.

Thank you.

Sincerely,

[signature]

Jonathan Tampico, 79426-079
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837-1000