23 March 2005

Office of the Clerk
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

re: Civil Action No.
04-12500-NMG
Tampico v. Sadowski

Court Clerk,

Please inform me as to the status of the above titled and numbered case.

Chronology:
    8 Nov 04, I mailed original filing
    2 Dec 04, Court issued order to supply certified account statement within 42 days
    8 Dec 04, I mailed required statement
    4 Jan 05, I mailed Change of Address Notice

I have heard nothing from the court since the December 2 order.

Thank you for your assistance.

Sincerely,

Jonathan Tampico, 79426-079
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837-1000