UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jonathan Tampico,
    Plaintiff

v.

(Henry J. Sadowski)
United States,
    Defendant

Civil No. 1:04-CV-12500-NMG

MOTION TO CORRECT COMPLAINT

  Plaintiff Jonathan Tampico, Pro Se, respectfully requests that the Court make the following two corrections to his Tort Claim action:

1. Change the defendant from "Henry J. Sadowski" to "United States" (ref. Tort Claim Act), and
2. In §V, "Request for Relief", of the complaint, add "3. Court Costs."

Executed May 24, 2005

Respectfully Submitted,

/s/ Jonathan Tampico
Jonathan Tampico
Plaintiff, Pro Se

Jonathan Tampico, 79426-079
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837-1000