UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jonathan Tampico,
    Plaintiff

v.

United States,
    Defendant

Civil Action No.
04-12500-NMG

MOTION TO FORGIVE OR DELAY COLLECTION OF COURT FEES

   Plaintiff Jonathan Tampico humbly approaches the Court to request that the Court either forgive or delay his payment of Court fees, $150- under PLRA.

   As can be seen on the attached Inmate Transaction Receipt, dated July 6, 2005, Plaintiff is already paying 60% of all income in three PLRA deductions. The Court has seen in Plaintiff's six-month Commissary Account Statement, that his reliable income is about $30- per month, leaving him only $12- for stamps and other expenses. Adding another 20% encumbrance will reduce Plaintiff's usable

1

income to $6.00 per month; an amount insufficient to cover the postage and copy costs necessary to pursue his legal burden.

To further exacerbate the situation, Plaintiff is also being assessed $25.00 per quarter in Inmate Financial Responsibility Program payments on the fine from his conviction. This would reduce his income below zero. (see attached Receipt dated June 9, 2005)

Plaintiff occasionally receives funds in addition to his $30.- per month, but these are gifts and cannot be depended upon. Plaintiff is not working and receives no monies from the BOP.

Plaintiff refers the Court to Lafauci v. Cunningham, 139 F. Supp. 2d 144, 147 (D. Mass. 2001) stating that simultaneous collection of fees depriving prisoners of all resources could "raise serious constitutional concerns" (from JLM vol.1, p. 297, fn 23), and to Whitfield v. Scully, 241 F. 3d 264, 276-78 (2d Cir. 2001) which capped PLRA recoupment at 40%. Plaintiff apologizes to the Court that his current incarceration in the SHU prevents

2

him from thoroughly researching First Circuit precedents on this issue.

CONCLUSION

For the above reasons, Plaintiff begs the Court to either forgive his payment of the $150 PLRA Court fee, or to delay it until at least one of his other payments (55CHD09 will be first) is completed.

I declare under penalties of perjury that my statements in this Motion are true to the best of my knowledge.

Done this 20th of July, 2005
at USP Lewisburg, PA

*[signature]*

Jonathan Tampico, 79426-079     Plaintiff Pro-Se
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837-1000

| | | |
|---|---|---|
| Date: 07/06/2005 | Federal Bureau of Prisons | Facility: LEW |
| Time: 7:45:14 am | TRUFACS | |
| | **Inmate Transaction Receipt** | |
| | Limited Official Use | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 79426079 | Living Quarters: | Z04-311UDS |
| **Inmate Name:** | **TAMPICO, JONATHAN M** | Arrived From: | SCH |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| **Housing Unit:** | **UNIT 1** | Account Creation Date: | 9/2/2003 |

### Transaction Details

| Date | Transaction Type | Fund Source Type | Sender Last Name | Ref# | Pymt# | Beginning Balance | Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 07/01/2005 | Debt Encumb | | | | | | $6.00 | |
| 07/01/2005 | Debt Encumb | | | | | | $6.00 | |
| 07/01/2005 | Debt Encumb | | | | | | $6.00 | |
| 07/01/2005 | Debt Encumb | | | | | | $12.00 | |
| 07/01/2005 | Debt Encumb | | | | | | $12.00 | |
| 07/01/2005 | Debt Encumb | | | | | | $12.00 | |
| 07/01/2005 | PLRA Payme | | | 5LEWD277 | 2577 | | ($18.00) | $54.29 |
| 07/01/2005 | PLRA Payme | | | 5LEWD268 | 2578 | | ($18.00) | $36.29 |
| 07/01/2005 | PLRA Payme | | | 5SCHD096 | 2579 | | ($18.00) | $18.29 |

| | |
|---|---|
| Current Account Balance : | $18.29 |
| Current Pre-Release Balance : | $0.00 |
| Current Outstanding Negotiable Instrument Balance : | $0.00 |
| Current Encumbered Balance : | $0.00 |
| Current Administrative Hold Balance : | $0.00 |
| Current Available Balance : | $18.29 |

Date: 06/09/2005
Time: 1:24:39 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Withdrawal Details Report**
Limited Official Use

Facility: LEW

Transaction Report

| | |
|---|---|
| Inmate Reg. Number: | 79426079 |
| Inmate Name: | TAMPICO, JONATHAN |
| Date/Time: | 06/02/2005 10:06:05 AM |
| System Transaction #: | 567708 |
| Withdrawal Type: | FRP Quarterly Pymt |
| Amount: | ($25.00) |
| Reference #: | IOS017 |
| YREGDOC #: | |
| Payment #: | |
| User Id: | LEW8106 |
| Monthly Withdrawal: | No |
| Check Memo: | |
| Comments: | |

| | |
|---|---|
| Payee First Name: | |
| Payee Last Name: | BOP |
| Payee Address 1: | |
| Payee Address 2: | |
| Payee City: | |
| Payee State: | |
| Payee Zip: | |
| Payee Country: | |
| Bank Routing #: | |
| Account #: | |
| Account Type: | |

WorkstationID: LEWBCCMB21    UserID: LEW8106    Page 1 of 1