**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Jonathan Tampico | COURT CASE NUMBER: 04-12500-NM |
| DEFENDANT: United States | TYPE OF PROCESS: Summons + Compl |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Attorney

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1 Courthouse Way, Suite 9200, Boston, MA 022__

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan Tampico, 79426-079
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837-1000

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Service ASAP

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
, Pro-Se, IFP

TELEPHONE NUMBER: None    DATE: 21 ug 05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 66 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Jalanen | Date: 7/30/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount Refund |

REMARKS: Served by Cert Mail rt

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

JONATHAN TAMPICO,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12500-NMG

TO: (Name and address of Defendant)

UNITED STATES: United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JONATHAN TAMPICO, PRO SE: Jonathan Tampico, 79426-079
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837-1000

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton
CLERK

(By) DEPUTY CLERK

7/13/2005
DATE