| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. M___al" on the reverse of this form. |

| PLAINTIFF Jonathan Tampico | COURT CASE NUMBER 04-12500-N 1G |
| DEFENDANT United States | TYPE OF PROCESS Summons + Comp__ct |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE (ONDEMN
Attorney General of the United States

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
D.O.J., 950 Pennsylvania Ave., NW, Washington, D_ 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan Tampico, 79426-079
United States Penitentiary
P.O. Box 1000
Lewisburg, PA  17837-1000

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate ___esses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
_____, Pro-Se, IFP     ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: 21__g05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW TH__ LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 66 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | ___ate _/30/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process d___bed on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inser___ ___low.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable a___ nd dis-cretion then residing ir ___efendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time   am / pm

Signature of U.S. Marshal   ___eputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amou___ | Refund |

REMARKS: Process served by Cert Mail 9/13/05 __

≋AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ MASSACHUSETTS _____

JONATHAN TAMPICO,

         Plaintiff,          **SUMMONS IN A CIVIL CASE**

    v.

UNITED STATES,

         Defendant.         CASE NUMBER:   04-12500-NMG

TO: (Name and address of Defendant)

UNITED STATES: *Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

JONATHAN TAMPICO, PRO SE: *Jonathan Tampico, 79426-079, United States Penitentiary, P.O. Box 1000, Lewisburg, PA 17837-1000*

an answer to the complaint which is served on you with this summons, within ____60____ days after vice of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken aga   t you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed    h the Clerk of this Court within a reasonable period of time after service.

Sarah Alli___ Tho_____                           7/13/2005
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

|  | STATEMENT OF SERVICE FEES |  |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.