UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jonathan Tampico,
    Plaintiff,

v.

Civil Action No.
04-12500-NMG

United States,
    Defendant.

PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S
OFFER OF JUDGMENT

  Plaintiff Jonathan Tampico hereby accepts Defendant's Offer of Judgment as proffered November 7, 2005.

  Plaintiff understands said settlement to be $109.10 "with costs accrued to date (as determined by the Court)." In the Court's Order dated July 13, 2005, page 3, §II, the Court granted Plaintiff's motion to include "Court Costs" in his requested relief, as authorized by 28 U.S.C. §2412. Other costs requested in the Complaint, §V, are $25- in postage and $15- for photocopies. While additional postage and copy costs have accrued since then, Plaintiff feels that claiming them is not worth the trouble of enumerating and documenting them.

  With the $150- P.L.R.A. Court Fee, Plaintiff suggests a total settlement amount would be $299.10.

Respectfully submitted,

/s/ JM

Jonathan Tampico, Plaintiff Pro-Se

Jonathan Tampico, 79426-079
United States Penitentiary
P.O. Box 1000
Lewisburg, PA   17837-1000

16 November 2005

# CERTIFICATE OF SERVICE

It is hereby certified that on this date, November 16, 2005, service of the foregoing Plaintiff's Acceptance of Defendant's Offer of Judgment was made upon the following by depositing a copy in the United States mail, postage prepaid, to:

United States Attorney's Office
District of Massachusetts
John J. Moakley Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210

/s/ MF

Jonathan Tampico, Plaintiff Pro-Se

Jonathan Tampico, 79426-079
United States Penitentiary
P.O. Box 1000
Lewisburg, PA  17837-1000