UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JONATHAN TAMPICO, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 04-12500-NMG |
| | ) | |
| UNITED STATES | ) | |
|     Defendant. | ) | |
| | ) | |

## OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, the United States hereby makes an offer of judgment in the amount of $109.10,[1] with costs accrued to date (as determined by the Court). The Defendant hereby places the Plaintiff on notice that, under Fed. R. Civ. P. 68, if the Offer of Judgment is refused, the Plaintiff may be assessed all costs of the Defendant from this point forward in the litigation, should the Plaintiff fail to secure a judgment in excess of the amount offered. See Fed. R.. Civ. P. 68 ("If the judgment finally obtained by the offeree is not more favorable than the offer, the offeree must pay the costs incurred after the making of the offer.").

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Mark Grady
        MARK J. GRADY
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        Tel. No. (617) 748-3136

---

[1] The offer is for the total amount claimed by you in your administrative claim.