19 February 2006

Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

re: Tampico v. US, 04-12500-NMG

Dear Sir or Madam;

　Please note my new address below, effective immediately.
　Thank you.

Sincerely,

*[signature]*

Jonathan Tampico, Plaintiff Pro-Se

Jonathan Tampico, 79426-079
United States Penitentiary, Victorville
P.O. Box 5500
Adelanto, CA 92301