UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JONATHAN TAMPICO, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 04-12500-NMG |
| | ) | |
| UNITED STATES | ) | |
| Defendant. | ) | |
| | ) | |

## <u>JUDGMENT</u>

Judgment is hereby entered in favor of the Plaintiff, Jonathan Tampico in the amount of

$109.10.  The United States is also directed to pay to the Plaintiff costs in the amount of $35.49

($18.30 in copying and mailing expenses and $17.19 previously paid on the filing fee).

The United States is ordered to pay the filing fee balance of $132.81 directly to the Court.

Upon payment of the balance of the filing fee by the United States, the Clerk's Office is

directed to notify the Prison Accounting Department at the United States Penitentiary,

Victorville, PO Box 5500, Adelanto, CA 92301, that the fee has been paid in full.

_____
Nathaniel M. Gorton
United States District Court
for the District of Massachusetts

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JONATHAN TAMPICO,                          )
            Plaintiff,                        )
                              )          Civil Action No.
v.                                         )          04-12500-NMG
                              )
UNITED STATES                              )
            Defendant.                        )
                              )

## **JOINT REQUEST  FOR ENTRY OF FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 68, the United States and the Plaintiff have agreed to judgment in this matter of $109.10 in favor of the Plaintiff.  See Docket # 16 and 17.  The parties have also agreed that the United States will pay copying and mailing costs of $18.30.  See Exhibits 1 and 2.  The United States has further agreed to pay the $150.00 filing fee assessed by this Court.  Id.

According to the clerk's office, $17.19 of the filing fee has been paid to date.  The parties would request that the final judgment direct that the United States pay the balance of $132.81 directly to the Court and that the amount of $17.19 be added to the award of costs to the Plaintiff.

Although the United States will also inform prison authorities, upon payment of the balance of the filing fee by the United States, the parties would also request that the clerk's office notify the prison accounting department that the fee has been paid in full in order to avoid further collection by prison officials.

A proposed final judgment is attached.  <u>See</u> Exhibit 1.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

### <u>Certificate of Service</u>

IT IS HEREBY CERTIFIED that on this 21st day of March 2006  service of the foregoing Offer of Judgment has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Jonathan Tampico, 79426-079,  United States Penitentiary, Victorville, PO Box 5500, Adelanto, CA 92301.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*
*Direct Line: (617) 748-3136*
*Fax No. (617) 748-3971*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way - Suite 9200*
*Boston, Massachusetts 02210*

February 13, 2006

Jonathan Tampico, Register # 79426-079
United States Penitentiary
PO Box 1000
Lewisberg, PA 17837-1000

Re:     Tampico v. United States 04-12500-NMG

Dear Mr. Tampico:

I apologize for any delay in further pursuing this matter. Having reviewed the materials you have forwarded, I propose the following resolution. We will pay the $109.10 previously agreed to as a judgment. I will also agree to pay $18.30 in copying and mailing costs. This is, to my reading, the total costs in this lawsuit. If you have a differing view let me know. As I have previously noted, for the reasons explained in my last letter, I believe recovery is limited to costs incurred in this lawsuit. As a consequence, I am not in a position to offer to reimburse other costs.

I also agree that we would be responsible for paying the $150.00 filing fee. In that the money is due to the Court, I would suggest that we request that Court forego additional collection from your inmate account. If successful, we will reimburse what you have paid. If the Court declines to waive further collection, we will reimburse what have paid and will pay the balance directly to the Court.

I hope that his offer is adequate and that the matter may be resolved in its entirety. Thank you for your attention to this matter.

Sincerely,

Mark J. Grady
Assistant U.S. Attorney

26 February 2006


Mr. Mark J. Grady
Assistant U.S. Attorney
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210

re: Tampico v. U.S. 04-12500-NM

Mr. Grady;

   Due to a lengthy transfer, I did not receive your February 13 letter until February 23. Please note my new address below.

   I hereby agree to your offer. My understanding is that, should the Court decline to waive further collection, the Government will pay me a total of $277.40. Should the Court agree to discontinue collecting the PLRA fee, the total will be about $144.40 plus some change (I don't have access to my records at the moment).

   Please inform me of any further documents I'm required to file.

   Thanks for your help and cooperation in this action.


Sincerely,

Jonathan Tampico, 79426-079
United States Penitentiary, Victorville
P.O. Box 5500
Adelanto, CA  92301


encl.

Please note that the settlement check, without attachments or enclosures, must be sent to:

Federal Bureau of Prisons
Jonathan Tampico, 79426-079
P.O. Box 474701
Des Moines, Iowa 50947-0001

and that my register number as well as my name must appear in the "Pay to" space.

Thank you.