UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN TAMPICO,                )<br>    Plaintiff,                              )<br>                                            )<br>v.                                         )<br>                                            )<br>UNITED STATES                    )<br>    Defendant.                        )<br>                                            ) | Civil Action No.<br>04-12500-NMG |

## JOINT REQUEST FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 68, the United States and the Plaintiff have agreed to judgment in this matter of $109.10 in favor of the Plaintiff.  See Docket # 16 and 17.  The parties have also agreed that the United States will pay copying and mailing costs of $18.30.  See Exhibits 1 and 2.  The United States has further agreed to pay the $150.00 filing fee assessed by this Court.  Id.

According to the clerk's office, $17.19 of the filing fee has been paid to date.  The parties would request that the final judgment direct that the United States pay the balance of $132.81 directly to the Court and that the amount of $17.19 be added to the award of costs to the Plaintiff.

Although the United States will also inform prison authorities, upon payment of the balance of the filing fee by the United States, the parties would also request that the clerk's office notify the prison accounting department that the fee has been paid in full in order to avoid further collection by prison officials.

A proposed final judgment is attached.  <u>See</u> Exhibit 1.

                                                     Respectfully submitted,

                                                     MICHAEL J. SULLIVAN
                                                     United States Attorney

                                                      /s/ Mark J. Grady
                                                     MARK J. GRADY
                                                     Assistant U.S. Attorney
                                                     U.S. Attorney's Office
                                                     John Joseph Moakley U.S. Courthouse
                                                     1 Courthouse Way, Suite 9200
                                                     Boston, MA   02210
                                                     Tel. No. (617) 748-3136

## Certificate of Service

IT IS HEREBY CERTIFIED that on this 21st day of March 2006  service of the foregoing Offer of Judgment has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Jonathan Tampico, 79426-079,  United States Penitentiary, Victorville, PO Box 5500, Adelanto, CA 92301.

                                                   /s/ Mark J. Grady
                                                  Mark J. Grady
                                                  Assistant United States Attorney