UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN TAMPICO,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES<br>    Defendant. | )<br>)<br>)   Civil Action No.<br>)   04-12500-NMG<br>)<br>)<br>)<br>) |

### JUDGMENT

Judgment is hereby entered in favor of the Plaintiff, Jonathan Tampico in the amount of $109.10.  The United States is also directed to pay to the Plaintiff costs in the amount of $35.49 ($18.30 in copying and mailing expenses and $17.19 previously paid on the filing fee).

The United States is ordered to pay the filing fee balance of $132.81 directly to the Court.

Upon payment of the balance of the filing fee by the United States, the Clerk's Office is directed to notify the Prison Accounting Department at the United States Penitentiary, Victorville, PO Box 5500, Adelanto, CA 92301, that the fee has been paid in full.

4/5/06

_Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Court
for the District of Massachusetts