9 September 2006

Clerk of Court
United States District Court
District of Massachusetts
John J. Moakley Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

FILED
CLERKS OFFICE
2006 SEP 14 P 2:35
DISTRICT COURT
DISTRICT OF MASS

re: Tampico v. U.S.
Civil No. 04-12500-NMG

Dear Sir or Madam;

I left USP Victorville on August 4, 2006, and arrived at USP Hazelton August 30. I have just obtained stamps.
Please note my new address below. Thank you.

Sincerely,

[signature]

Jonathan Tampico, 79,426-079
United States Penitentiary - Hazelton
P.O. Box 2000
Bruceton Mills, West Virginia 26525